No. 91–1186. MONROE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–1296. STEPHENSON v. OKLAHOMA TURNPIKE AUTHORITY. C. A. 10th Cir. Certiorari denied.

No. 91–1301. GAUB v. RICHARD SOONG & CO. (USA), INC. C. A. 9th Cir. Certiorari denied.

No. 91–1302. MESSING v. MOSTOLLER, TRUSTEE. C. A. 6th Cir. Certiorari denied.

No. 91–1308. CONTINENTAL CASUALTY CO. v. UNR INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1310. NPM GROUP, INC., FORMERLY KNOWN AS WILMAT HOLDINGS, INC. v. BENEDETTO ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1312. SMYTH v. GIPSON ET UX. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1313. NASCIMENTO v. STATE BAR OF MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 91–1320. HARRIS v. HALE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1321. BRANDON STEEL DECKS, INC. v. HINES. C. A. 11th Cir. Certiorari denied.

No. 91–1322. BRIGNOLI v. FOWLER, AS RECEIVER AND LIQUIDATING TRUSTEE OF BRIGNOLI, CURLEY & ROBERTS ASSOCIATES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1325. INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. v. NEW BECKLEY MINING CORP. C. A. 4th Cir. Certiorari denied.

No. 91–1333. MCGEE v. INTERINSURANCE EXCHANGE OF AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.